# NO. 12-20-00254-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DIANE KERWIN, AS TRUSTEE OF THE DRK REVOCABLE TRUST, APPELLANT* | § | *APPEAL FROM THE 173RD* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *NATIONSTAR MORTGAGE, LLC, APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

Appellant, Diane Kerwin, as Trustee of the DRK Revocable Trust, filed a motion to dismiss this appeal, in which she states that the parties settled all disputes at issue in this case. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). All costs are taxed against the party incurring same.

Opinion delivered February 26, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 26, 2021**

**NO. 12-20-00254-CV**

**DIANE KERWIN, AS TRUSTEE OF THE DRK REVOCABLE TRUST,**
Appellant
V.
**NATIONSTAR MORTGAGE, LLC,**
Appellee

---

Appeal from the 173rd District Court
of Henderson County, Texas (Tr.Ct.No. 2013C-1185)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. All costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*